AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jacob Kyle Wiedrich<br><br>*Defendant* | )<br>) Case: 1:21-mj-00535<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 7/21/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Jacob Kyle Wiedrich_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)(Entering or Remaining in any Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 07/21/2021

*Issuing officer's signature*
2021.07.21 19:46:53 -04'00'

City and state: Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07.21.2021, and the person was arrested on *(date)* 07.29.2021
at *(city and state)* Salt Lake City, UT.

Date: 07.30.2021

*Arresting officer's signature*

Michelle E. Cammack, Special Agent
*Printed name and title*