**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.** |
| | : | **1:21-MJ-535** |
| **JACOB KYLE WIEDRICH**, | : | |
| | : | **VIOLATIONS:** |
| Defendant. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **JACOB KYLE WIEDRICH**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                                                      CHANNING D. PHILLIPS
                                                      Acting United States Attorney
                                                      D.C. Bar No. 415793

By: _____
                                                      JACOB J. STRAIN
                                                      Utah Bar No. 12680
                                                      Assistant United States Attorney
                                                      U.S. Attorney's Office for the District of Columbia
                                                     555 4th Street, N.W.
                                                     Washington, D.C. 20530