

I was asked on the behalf of my younger brother to take a moment and write a letter expressing my views on his character. Jacob is human, and like humans he is flawed. Yet a person's character really shines through when learning and growing from past mistakes made. I have know Jacob arguably longer and closer than probably any other person in his life. Which gives me a perspective most don't have. I have not always seen eye to eye with my little brother in most aspects of life. Constantly butting heads over the smallest things like Football vs Soccer to the extremes such as God vs No God. As time has past and I've personally watched him grow from a child to teenager to young adult and working his way to become a man change his ways to better himself and the people in his life. He actively tries to uphold good values in his day to day life.

From time to time he will slip and stumble, but always picks himself up, and keeps on working toward a more perfect version of himself.
   Two characteristics that go hand in hand that I have admired while seeing him grow is his honesty and integrity. I have not met many people willing to be honest to themselves and the others around even when that honesty is not popular. He admits when he has done wrong and keeps true to his word when it's given. Even when it comes to the small white lies that are harmless enough he would still would rather have an egg on his face rather than tarnish his word over something so small.
   A third trait that I think is an important factor to take in to consideration when

judging a man is his humility. Jacob can be a very loud, rambunctious, abrasive person

2/5

at times. It's part of the flaws that make him who he is. However, in more recent years I have seen him take yet another step in the right direction toward becoming the best version of himself as possible. Having humility in his actions and realizing when he has done wrong. Recognizing when you've made a mistake is a great step on its own but Jacob takes it a step further by letting the people he has let down know that his actions have affected them negatively and apologizing. To be humble enough to admit when you're wrong and ask for forgiveness takes true strength.

   Lastly I would like to touch on an aspect that I would say all people that know Jacob could whole heartedly agree on, and a lesser but equally important quality that he brings. His optimistic view toward the future. Even when times are hard and

3/5

things start looking bleak, Jacob will be there. He is the person you want in your corner cheering you on. Whether it's a friend, family, himself, or the average Joe you pass in the grocery store, Jacob brings passion and happiness with his radiant energy. I've seen him pull himself up by the boot straps and along the way lend a helping hand to those in need even though he's going through the trenches himself.

   Jacob is not a perfect by any means and his actions that led him to this point are inexcusable. Seeing him take the responsibility for what he did and to stand strong with his head high through this entire ordeal is brave and encouraging from him. Overcoming the obstacles in his way and going through all the proper processes and jumping through all the hoops with patience and understanding is very hopeful to see as an older brother. I

4/5

think through this very situation he has

